HAROLD S. BERZOW (HB-8261)
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556-1425
(516) 663-6600

Attorneys for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                    Chapter 11

NY INNER CITY CHICKEN, INC.                               Case No. 09-40001 (DEM)
d/b/a Popeye's Chicken,

                        Debtor.
------------------------------------------------------------X

## STIPULATION AND ORDER EXTENDING TIME
## TO FILE PROPOSED CONSENT ORDER RESOLVING
## AFC ENTERPRISES, INC.'S MOTION FOR RELIEF FROM STAY

AFC Enterprises, Inc. ("AFC") having filed a Motion for Relief from the Automatic Stay (Docket No. 87) and the Debtor having filed its Objection (Docket No. 91) and the matter having been adjourned on several occasions on the consent of the parties and the parties having advised the Court that the matter was resolved and on June 14, 2010 the Court having directed the parties to file a proposed consent order by June 30, 2010; and the parties requesting an extension until July 2, 2010 to file a consent order.

IT IS STIPULATED AND AGREED by and between counsel for the Debtor and AFC that the time to file a proposed consent order resolving AFC's motion is extended to July 2, 2010.

Dated:    Uniondale, New York
          June 30, 2010

TAYLOR ENGLISH DUMA, LLP
Attorneys for AFC Enterprises, Inc.

By: _____
JOHN REZAC, ESQ. (JR    )
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
(678) 336-7195

RUSKIN MOSCOU FALTISCHEK, P.C.
Attorneys for Debtor

By: _____
HAROLD S. BERZOW, ESQ. (HB-8261)
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556-1425
(516) 663-6600

SO ORDERED:
Brooklyn, New York
June ___, 2010

_____
U.S. Bankruptcy Judge

C:\Documents and Settings\rezac\Local Settings\Temporary Internet Files\Content.Outlook\0X1BY5ML\#490509 v2 - Stip and Order Ext Time to file Consent Order.doc

2